# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00665-CV

**Primarily Primates, Inc., Stephen Rene Tello, Robert O. McNaughton, Timothy K. Morgan, Kenneth E. O'Berg, Lou Griffin O'Neill, and Ruby Christine Stevens, Appellants**

**v.**

**Attorney General of Texas Greg Abbott, On Behalf of the Public Interest in Charity, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 85636, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal, stating that they have settled all of their claims in the lawsuit in the trial court. We grant the motion and dismiss this appeal.

 

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed on Appellants' Motion

Filed:   May 11, 2007